389 A.2d 197

Commonwealth v. Jones, Appellant.

Submitted December 13, 1977. John A. Boccabella, and Liever, Hyman & Potter, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 197

Commonwealth v. Jones, Appellant.

Submitted November 14, 1977. Harry E. Knafelc, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, and Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.